**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 24, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-41216 c/w
No. 02-41235
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ABEL RODRIGUEZ-FLORES,
also known as Evelio Rodriguez-Flores,
also known as Antonio Hernandez-Flores,
also known as Antonio Ortiz-Romo,

Defendant-Appellant.

--------------------
Appeals from the United States District Court
for the Southern District of Texas
USDC No. B-02-CR-328-1
USDC No. B-02-CR-154-1
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Abel
Rodriguez-Flores has filed a motion for leave to withdraw as
counsel and a brief in support in accordance with <u>Anders v.
California</u>, 386 U.S. 738, 744 (1967).  Rodriguez-Flores has
received a copy of counsel's motion and brief but has not filed a
response.  Our independent review of the record indicates that
there are no nonfrivolous issues for appeal.  Accordingly,

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities in this case, and the APPEAL IS DISMISSED.